# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BETTINA IRVING**                                                                 **PLAINTIFF**

V.                  **CASE NO. 3:14CV00277-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                     **DEFENDANT**

## JUDGMENT

Plaintiff Bettina Irving's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 14th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE